UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GAYLE GREEN-JOHNSON, | * | CIVIL ACTION |
| Individually and on behalf of her minor | * | |
| children, GAYLAN GREEN, | * | NO. 065475, SECTION "S" |
| GEAMES GREEN, MARCINA | * | |
| GREEN, MARCINA JOHNSON, JR., | * | |
| AND GEREMY JOHNSON | * | HON. JUDGE LEMMON |
| | * | |
| VS | * | HON. MAG. ROBY |
| | * | |
| ENTERPRISE RENT-A-CAR | * | JURY TRIAL REQUESTED |
| COMPANY, ENTERPRISE CAR | * | |
| SALES, GENERAL MOTORS | * | |
| CORPORATION, ABC | * | |
| INSURANCE COMPANY AND | * | |
| XYZ INSURANCE COMPANY | * | |
| | * | |

**********************************

### GM'S INITIAL DISCLOSURES

General Motors Corporation (GM) makes the following Initial Disclosures:

A.  THE NAME AND, IF KNOWN, ADDRESS AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION THAT GM MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES, UNLESS SOLELY FOR IMPEACHMENT:

   1.   Gayle Green-Johnson
        205 Tasmania Court
        Slidell, LA 70458
        Plaintiff

   2.   Geames Green
        205 Tasmania Court
        Slidell, LA 70458

       Plaintiff

3. Gaylan Green
   205 Tasmania Court
   Slidell, LA 70458
   Plaintiff

4. Marcina Johnson, Jr.
   205 Tasmania Court
   Slidell, LA 70458
   Plaintiff

5. Geremy Johnson
   205 Tasmania Court
   Slidell, LA 70458
   Plaintiff

6. Representative of King's Daughter's Hospital
   823 Grand Avenue
   Yazoo City, MS 39194
   Re medical treatment of Gayle Green-Johnson and Geames Green

7. Dr. David B. Johnson
   ER Physician
   King's Daughter's Hospital
   823 Grand Avenue
   Yazoo City, MS 39194
   Re treatment of Gayle Green-Johnson and Geames Green

8. Dr. Richard S. Kuebler
   Radiologist
   King's Daughter's Hospital
   823 Grand Avenue
   Yazoo City, MS 39194
   Re treatment of Gayle Green-Johnson and Geames Green

9. Representative of All Star Chevrolet
   1009 Highway 82 East
   Greenville, MS 38701
   Phone: 662-335-2886
   Re post accident repairs to the subject 2004 Chevrolet TrailBlazer

10. Representative of Safe Auto Insurance Company
and/or Joe Gentry
Re property damage appraisal report for subject 2004 Chevrolet TrailBlazer

11. Tony Gennusa
The Barnett Group
200 Greenbriar Boulevard
Covington, LA 70433
Re photographing and downloading of SDM data from
2004 Chevrolet TrailBlazer on Tuesday, March 21, 2006

12. General Motors Corporation will identify one or more expert witnesses to address issues concerning the design, manufacture, testing, function, performance and use of the supplemental inflatable restraint system in the 2004 Chevrolet TrailBlazer. GM may also identify an expert witness to address issues of injury causation and/or prevention. GM will supplement its response in accordance with the Court's scheduling order for disclosure of expert witnesses.

B. **DOCUMENTS, DATA COMPILATIONS AND TANGIBLE ITEMS IN THE POSSESSION, CUSTODY OR CONTROL OF GM THAT MAY BE USED TO SUPPORT ITS CLAIMS OR DEFENSES, UNLESS SOLELY FOR IMPEACHMENT:**

For purposes of discovery in this case involving an allegation of non-deployment of the driver and passenger frontal air bags, GM considers substantially similar vehicles to the 2004 Chevrolet TrailBlazer to be:

2002-2004   Chevrolet TrailBlazer, GMC Envoy, and Oldsmobile Bravada (GMT360)
Chevrolet TrailBlazer EXT and GMC Envoy XL (GMT370)

2003-2004   Isuzu Ascender (GMT370)

2004   GMC Envoy XUV (GMT305), Buick Rainier (GMT360) and Isuzu Ascender (GMT360)

1. Federal Motor Vehicle Safety Standard (FMVSS) 208 compliance documentation for the 2004 Chevrolet TrailBlazer.

2. Final Performance Assessment Committee Reports (PAC Reports and supplements) applicable to the frontal air bag system in the 2004 Chevrolet TrailBlazer.

3. The Occupant Restraint Evaluation Considerations Book referenced in the PAC report that relates to the 2004 Chevrolet TrailBlazer.

4. General Motors Uniform Test Specifications (GMUTS) for FMVSS 208 for the 2004 Chevrolet TrailBlazer.

5. Frontal Crash Tests for the 2004 Chevrolet TrailBlazer and similar trucks (GM will produce a list, subject to a Protective Order; and plaintiffs may order test reports, still photographs and videos of the Crash Tests at their expense).

6. Frontal Sled Tests for the 2004 Chevrolet TrailBlazer and similar trucks (GM will produce a list, subject to a Protective Order; and plaintiffs may order test setup sheets, still photographs and videos of the Sled Tests at their expense).

7. New Vehicle Invoice for the 2004 Chevrolet TrailBlazer, VIN 1GNDS13S742169965.

8. Warranty History and Vehicle Inquiry System Report for the 2004 Chevrolet TrailBlazer, VIN 1GNDS13S742169965.

9. Frontal SIR Rough road and abuse GMUTS procedure and, if available, reports of any such tests performed on the 2004 Chevrolet TrailBlazer and similar trucks.

10. Frontal SIR off road GMUT procedures performed for the 2004 Chevrolet TrailBlazer and, if available, reports of any such tests performed on the 2004 Chevrolet TrailBlazer and similar trucks.

11. Owner's Manual for the 2004 Chevrolet TrailBlazer.

12. Warranty Booklet for the 2004 Chevrolet TrailBlazer.

13. Drawings depicting the driver and passenger visor and hangtag warning labels related to the SIR system in the subject 2004 Chevrolet TrailBlazer.

14. Layout and assembly drawings for the air bag system and the components of the air bag system in the 2004 Chevrolet TrailBlazer consisting of the:

    ▸ SDM,

    ▸ Front sensors,

    ▸ Steering column,

    ▸ Steering wheel,

    ▸ Driver air bag module,

    ▸ Passenger air bag module,

    ▸ Wiring relating to the sensing system,

    ▸ Wiring relating to the harness on the SDM,

    ▸ The driver knee bolster, and

    ▸ The passenger knee bolster.

15. Product Assembly Documents (PADs) for the air bag sensing system and the components of the air bag system in the 2004 Chevrolet TrailBlazer consisting of the:

    ▸ SDM,

    ▸ Front sensors,

    ▸ Steering column,

    ▸ Steering wheel,

    ▸ Driver air bag module,

    ▸ Passenger air bag module,

    ▸ Wiring relating to the sensing system,

       ▸      Wiring relating to the harness on the SDM,

       ▸      The driver and knee bolster, and

       ▸      The passenger knee bolster.

16. The air bag section of the Service Manual for the 2004 Chevrolet TrailBlazer.

17. General Motors will search for and request the following documents from its supplier related to this SIR system subject to the entry of an appropriate protective, however, GM does not control the timing or the substance of it's supplier's response:

   a. Hardware documents,

   b. System requirements,

   c. Software definition documents,

   d. Validation documents,

   e. End of line test reports and description of end of line tests,

   f. Failure mode and effects analysis,

   g. Calibration file, if available,

   h. Pre-Production Approval Process (PPAP), Design Validation (DV) and Production Validation (PV) Reports for the steering column, steering wheel, driver air bag module, passenger air bag module, wiring harness (SIR), SDM and front sensor applicable to the 2004 Chevrolet TrailBlazer.

18. GM will search for TIRs (Test Incident Reports) for the frontal air bag system on the 2004 Chevrolet TrailBlazer.

19. GM will search for recalls and service bulletins pertaining to the frontal air bag system on the 2004 Chevrolet TrailBlazer.

20. GM will search for SDE or PI files pertaining to the frontal air bag system on the 2004 Chevrolet TrailBlazer.

C. **THE CATEGORIES OF DAMAGES CLAIMED BY GM:**

None.

D. **INSURANCE AGREEMENTS UNDER WHICH ANY PERSON CARRYING ON AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY PART OR ALL OF A JUDGMENT WHICH MAY BE RENDERED IN THIS ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFY THE JUDGMENT:**

General Motors is directly responsible for satisfying any judgment entered in this case, following post trial or appellate rulings, if any, up to $35 million, including legal defense expenses. The amount by which a judgment (including legal defense expenses) exceeds $35 million is covered by excess insurance provided by a number of carriers.

    Respectfully submitted,

    BERNARD, CASSISA, ELLIOTT & DAVIS
    A Professional Law Corporation
    BY: s/Carl J. Giffin, Jr.
    CARL J. GIFFIN, JR. - Bar #14289
    1615 Metairie Road, P. O. Box 55490
    Metairie, Louisiana 70055-5490
    Phone: (504) 834-2612
    Fax: (504) 832-7780
    E-mail: giffinc@bernard-cassisa.com

    AND

    PAUL V. CASSISA, JR., T.A. - Bar #16850
    Bernard, Cassisa, Elliott & Davis

A Professional Law Corporation
P. O. Box 1138
Oxford, Mississippi 38655
Phone: (662) 234-7236
Fax: (662) 234-7691

**Attorneys for
General Motors Corporation**

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing using the CM/ECF system to all counsel of record to these proceedings. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

s/Carl J. Giffin, Jr.